# TEST